AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rodriguez, Xavier | Western District of Texas | 04/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

655 E. Cesar E. Chavez Blvd.
San Antonio, Texas 78206

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, San Antonio Chapter |
| 2. | Regent | Texas Lutheran University |
| 3. | Board Member | St. Luke's Lutheran Health Ministries |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Univ. of Texas at San Antonio - teaching | $1,000.00 |
| 2. 2013 | St. Mary's Univ. School of Law - teaching | $20,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Comal I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 10 & 11, 2013 | Austin, Texas | Attend State Bar Litigation Council Meeting | mileage, hotel, parking and meals |
| 2. | State Bar of Texas | February 28 - March 1, 2013 | Fredericksburg, Texas | Attend State Bar Litigation Council Meeting | mileage, hotel, parking and meals |
| 3. | State Bar of Texas | April 4, 2013 | Austin, Texas | Attend State Bar CLE Committee meeting | mileage and meals |
| 4. | The Sedona Conference | April 24-26, 2013 | St. Louis, MO | Panelist on CLE program | airfare, hotel and meals |
| 5. | Sandpiper Partners LLC | May 13 & 14, 2013 | Dallas, Texas | Panelist on CLE program | airfare, hotel and meals |
| 6. | University of Texas at Austin | May 23 & 24, 2013 | Austin, Texas | Panelist on CLE program | mileage, hotel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 04/07/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Zapproved, Inc. | June 19, 2013 | Houston, Texas | Panelist on CLE program | airfare and meals |
| 8. | State Bar of Texas | June 19-21, 2013 | Dallas, Texas | Attend State Bar Litigation Council Meeting | airfare, hotel and meals |
| 9. | State Bar of Texas | August 9, 2013 | Austin, Texas | Attend CLE planning session | mileage |
| 10. | Georgetown Univ. | November 20-22, 2013 | Washington, DC | Panelist on CLE program | airfare, hotel, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 04/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | K | T | | | | | |
| 2. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 3. Fidelity IRA Low Priced Stock | A | Dividend | L | T | | | | | |
| 4. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 5. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 6. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 7. Frost National Bank Market Index | A | Interest | J | T | | | | | |
| 8. Frost National Bank | A | Interest | J | T | | | | | |
| 9. American Balanced Fund | A | Dividend | L | T | | | | | |
| 10. American Balanced Fund - 529 | A | Dividend | M | T | | | | | |
| 11. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 12. Fidelity IRA Int'l Discovery | A | Dividend | J | T | | | | | |
| 13. Fidelity IRA Contrafund | A | Dividend | M | T | | | | | |
| 14. Fidelity IRA Emerging Markets | A | Dividend | J | T | | | | | |
| 15. Teacher Retirement System of Texas | A | Dividend | K | T | | | | | |
| 16. Firstmark | A | Interest | J | T | | | | | |
| 17. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Fidelity IRA Leveraged Co. Stock | A | Dividend | K | T | | | | | |
| 19.   Fidelity IRA Strategic Income | A | Dividend | L | T | | | | | |
| 20.   Fidelity Yacktman Focused | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 04/07/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Xavier Rodriguez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544